STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

PATRICK K. O'BRIEN (CABN 292470)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7126
     Fax: (415) 436-7234
     Patrick.OBrien@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SEDRIC REYNOLDS,<br><br>    Defendant. | Case No. 19-CR-00119-EMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE FROM JANUARY 18, 2023 TO FEBRUARY 8, 2023 |

1    A status conference on the defendant's pending supervised release violation petition in this case

2 is currently set for January 18, 2023.  *See* Dkt. 115.  It is hereby stipulated by and between counsel for

3 the United States and counsel for defendant that the hearing should be continued until February 8, 2023.

4 Government counsel is unavailable on January 18, 2023 due to a conflicting court appearance, and the

5 parties are in discussions about how to resolve the pending petition.

6    The undersigned Assistant United States Attorney certifies that he has obtained approval from

7 counsel for the defendant to file this stipulation and proposed order.

8

9 DATED:  January 17, 2023                                   Respectfully submitted,

10                                                            STEPHANIE M. HINDS
                                                               United States Attorney
11

12                                                             */s/ Patrick O'Brien*
13                                                            PATRICK K. O'BRIEN
                                                               Assistant United States Attorney
14

15

16                                                             */s/ Candis Mitchell*
                                                               CANDIS MITCHELL
17                                                            Counsel for Defendant Sedric Reynolds

18

19                          **[PROPOSED] ORDER**

20    Based upon the stipulation of the parties, and for good cause shown, the Court orders the status

21 conference currently scheduled for January 18, 2023 shall be continued until February 8, 2023.

22    IT IS SO ORDERED.

23

24 DATED:  January 17, 2023

25                                                            HONORABLE EDWARD M. CHEN
                                                               United States District Judge
26

27

28